IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES HUFF                                                                    PLAINTIFF

v.                           No. 3:16-cv-164-DPM

ROY HARNESS, Lt., Individually and in
His Official Capacity as Deputy Sheriff
Crittenden County Arkansas; and
TODD GROOMS, Individually and in
His Official Capacity as Special Investigator
for Crittenden County Sheriff's Office                              DEFENDANTS

## ORDER

Huff hasn't responded to the summary judgment motion. His due date was May 1st. If no response is filed by 11 May 2018, the Court will decide the motion on the existing record and filings.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2018