IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES HUFF                                                        PLAINTIFF

v.                       No. 3:16-cv-164-DPM

ROY HARNESS, Lt., Individually and in
His Official Capacity as Deputy Sheriff
Crittenden County Arkansas; and
TODD GROOMS, Individually and in
His Official Capacity as Special Investigator
for Crittenden County Sheriff's Office                           DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 May 2018